# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:03CR507 |
| V. | ) | |
| MARCELL C. BENNETT, | ) | ORDER |
| Defendant. | ) | |

I will deny the motion to reduce sentence under the 2011 Crack Cocaine Guideline Amendment. See filing no. 111. The sentence imposed in this case was for revocation of supervised release and thus the defendant cannot obtain relief under the amended Guidelines. *See U.S.S.G. §. 1B1.10, Application Note 4*. Moreover, even if I had the discretion to reduce the sentence, I would not do so in this case. Accordingly,

IT IS ORDERED that the motion (filing no. 111) is denied.

DATED this 21st day of September, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge